IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00430-PSF-BNB

COLORADO CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

GRINNELL CORPORATION
    d/b/a GRINNELL FIRE PROTECTION and
    d/b/a GRINNELL FIRE PROTECTION SYSTEMS COMPANY;
SIMPLEXGRINNELL, LP, and
TYCO FIRE PRODUCTION, LP
    d/b/a TYCO FIRE AND BUILDING PRODUCTS,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Stipulation for Dismissal With Prejudice (Dkt. # 28). The Court, pursuant to having read the stipulation and for good cause appearing, hereby

ORDERS that the above-captioned action is DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees.

DATED: August 30, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge